FILED

01/07/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0748

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0748

JEREMIAH JOHN WORM,

Petitioner,

v.

RYAN PETERSON, Fergus County Sheriff, and
CORY SMITH, Fergus County Under Sheriff,

Respondents.

FILED

JAN - 7 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Jeremiah John Worm has filed a Petition for Writ of Habeas Corpus. Worm asserts that he is in jail and that his bail is excessive. Worm asserts that his incarceration is illegal because "[t]here was nothing in the record to indicate that defendant's threats to the Officer were anything other than a continuation of his belligerent attitude." Worm includes copies of the Sheriff's Office reports. Worm requests dismissal of the three counts of intimidation in the Judith Basin County District Court as well as the disorderly conduct charge in Justice Court. Worm seeks either his release on his own recognizance or the initial bond of $5,000 be reimposed.

We secured a copy of the register of actions from the District Court. On October 17, 2024, the State sought leave to file an Information charging Worm in the District Court, and the court granted leave. The District Court received the Justice Court record a week later, including three filed notices: (1) the posting of the surety bond of $5,000; (2) the affidavit of Worm's enrollment in SCRAM (Secure Continuous Remote Alcohol Monitoring); and (3) assignment of court-appointed counsel. The District Court arraigned Worm on November 19, 2024, and issued several orders, including setting the omnibus hearing and trial dates. A week later, the State sought revocation of the conditions as set forth in the court's Order on Arraignment. The District Court issued an arrest warrant and set a bond amount of $25,000, resulting in Worm's arrest.

Worm is not entitled to his release on his own recognizance or a reduction of bail. Worm's initial bail was contingent on his compliance with the court's conditions at arraignment. Worm did not comply with the conditions, and the court issued an arrest warrant as well as increased the bond amount. Worm has not shown want of bail, pursuant to § 46-22-103, MCA. The cause of Worm's incarceration is his pending criminal case in the District Court. *Gates v. Missoula County Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988). He cannot challenge the sufficiency of the evidence or raise other claims relating to the prosecution of a criminal case in a writ of habeas corpus. *Lawrence v. Guyer*, 2019 MT 74, ¶ 11, 395 Mont. 222, 440 P.3d 1.

Worm is not entitled to his requests. Worm has counsel to represent him. Worm should refrain from seeking relief here on his own behalf while he has appointed counsel in a pending criminal case. *State v. Samples*, 2005 MT 210, ¶ 15, 328 Mont. 242, 119 P.3d 1191. Worm has not demonstrated illegal incarceration. Section 46-22-101(1), MCA. Therefore,

IT IS ORDERED that Worm's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Heather M. Perry, District Court Judge; Melanie Schott, Clerk of Court, under Cause No. DC-2024-18; Joni Oja, County Attorney; Shelby Soares, Defense Counsel; counsel of record; and Jeremiah John Worm personally.

DATED this 7th day of January, 2025.

2

Katherine M. Bidegaray

_____

_____

_____
Justices